## JENNINGS v. JESSEN

No. 247A89

Case below: 93 N.C. App. 731

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 6 September 1989.

## LAMM v. BISSETTE REALTY

No. 280A89

Case below: 94 N.C. App. 145

Petition for discretionary review by defendant pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 6 September 1989.

## McMILLAN v. STATE FARM FIRE AND CASUALTY CO.

No. 246P89

Case below: 93 N.C. App. 748

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

## MULLIS v. THE PANTRY, INC.

No. 262P89

Case below: 93 N.C. App. 591

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

## PERRY-GRIFFIN FOUNDATION v. THORNBURG

No. 229P89

Case below: 93 N.C. App. 790

Petition by intervenor-plaintiff (Jimmie C. Proctor) for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.